# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

Robert P. Young, Jr.,
Chief Justice

146906

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STATE TREASURER,
           Plaintiff-Appellee,

v

                                              SC: 146906
                                              COA: 309693
                                              St. Joseph CC: 12-000072-CZ

LAWRENCE D. PONTIUS,
           Defendant-Appellant,

and

ESTATE OF LAWRENCE G. PONTIUS, by
DEBORAH K. KLUJSZA, Personal
Representative,
           Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the February 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



                              Clerk

p0911